AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

Paul Murphy
_____
Plaintiff(s)

v.   Civil Action No. CV-24-00012

Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands (CNMI)
_____
Defendant(s)

RECEIVED
DATE/BY: SEPT 05 2024

FILED
Clerk
District Court

SEP 0 4 2024

for the Northern Mariana Islands
By _____JP_____
(Deputy Clerk)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands (CNMI)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Murphy MA.Is.
8232 SVRB
Saipan, MP 96950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 0 3 2024    _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Com. Anthony I. Macaranas__
was received by me on *(date)* __09/03/2024__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Sgt. Gabriel Manglona__, who is designated by law to accept service of process on behalf of *(name of organization)* __DPS__
on *(date)* __09/03/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __09/03/2024__

_____
Server's signature

__SGT GABRIEL MANGLONA__
Printed name and title

__P.O. Box 5093__
Server's address

Additional information regarding attempted service, etc: