1  OFFICE OF THE ATTORNEY GENERAL
   Edward Manibusan
2  Attorney General
   J. Robert Glass, Jr. (F0523)
3  Chief Solicitor
   Hon Juan A. Sablan Mem. Bldg., 2nd Floor
4  Saipan, MP  96950-8907
   Tel: (670)-237-7500
5  Fax: (670)-664-2349
   e-mail:  robby_glass@cnmioag.org
6  Attorney for DPS Commissioner Macaranas
   In his Official Capacity

7

8

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

9

10 PAUL MURPHY,                              Civil Action No. 1-24-CV-00012

11              Plaintiff,

12       v.                                  **MOTION TO DISSMISS UNDER**
                                             **FEDERAL RULES OF CIVIL**
13 Anthony Iglecias Macaranas, in his official  **PROCEDURE 4, 12(b)(5) & (6)**
   capacity as Commissioner of the Department
14 of Public Safety of the Northern Mariana    **Hearing Date: October 31, 2024**
   Islands                                     **Time: 1:30 p.m.**
15                                             **Judge: Chief Judge Manglona**
                Defendant.

16       Pursuant to Federal Rule of Civil Procedures 4 and 12(b)(5) & (6), Commissioner Anthony

17 Macaranas in his official capacity as Commissioner of the Department of Public Safety, by and

18 through his attorney of record, Chief Solicitor, J. Robert Glass, Jr., hereby files this Motion to

19 Dismiss.

20       Plaintiff failed to properly serve Defendant and fails to state a claim upon which relief may

21 be granted.

22       A Memorandum of Law in support of Defendant's Motion is submitted along with this

   motion as required by Local Rule 7.1(b).

23

24 Respectfully Submitted,

25

26 //

27 //

28

1    September 24, 2024

2

3

4

5                                    CNMI OFFICE OF THE ATTORNEY GENERAL
                                     EDWARD MANIBUSAN, ATTORNEY GENERAL

6                              By: /s/  J. Robert Glass, Jr.

7                                    J. Robert Glass, Jr., Bar No. F0523
                                     Chief Solicitor

8
                                     Office of the Attorney General
9                                    Commonwealth of the Northern Mariana Islands
                                     Attorneys for the Commonwealth
10

11

12                              **CERTIFICATE OF SERVICE**

13           I hereby certify that the above and foregoing Motion and Memorandum In Support has

14   been electronically filed on September 24, 2024. Further, I certify that a true and correct copy of

15   the foregoing motion and memorandum will be served upon Plaintiff either through the ECF

16   system or by delivery to his address with a certificate of service filed with the Court.

17

18

19                                   /s/  J. Robert Glass, Jr.
                                     J. Robert Glass, Jr., Bar No. F0523
20                                   Chief Solicitor

21                                   Office of the Attorney General
                                     Commonwealth of the Northern Mariana Islands
22

23

24

25

26

27

28