# EXHIBIT B

TITLE 6: CRIMES AND CRIMINAL PROCEDURE
DIVISION 2 : CONTRABAND OFFENSES

### § 2222.  Prohibited Acts. [Repealed.]

**Source:** 63 TTC § 573; amended by PL 6-22, § 6; PL 6-38, § 6; PL 7-38 § 4; (e) repealed by PL 19-42 § 3 (Apr. 11, 2016); repealed by PL 19-73 § 3 (Dec. 1, 2016).

**Commission Comment:** PL 20-27 § 3 (Nov. 2, 2017) was not codified by the Commission due to the conditional language of section 3. Sections 2 and 3 provide:

Section 2. Findings and Purpose. The Legislature finds that the handgun prohibition in former 6 CMC § 2222(e) better protected the public safety, and better accorded with the wishes of the people of the Commonwealth, than does the SAFE Act, Public Law No. 19-42, which repealed that prohibition. The Legislature further finds that it did not intend, in repealing 6 CMC § 2222(e), to endorse the ruling of the District Court in the *Radich* case, or to moot any appeal from that ruling, but only to conform to the prevailing judicial construction while it remained in force. In fact, the Legislature strongly disagrees with the ruling in *Radich*, disputes its premise that the Covenant extends the *Heller* and *McDonald* decisions to the CNMI, and is hopeful that it will be reviewed and overturned on appeal, and former law returned to force. The Legislature therefore finds that former 6 CMC § 2222(e) (together with its associated definitions) ought now to be revived and reinstated in its entirety, so as to be ready to be enforced as soon as there is no controlling judicial decision blocking its implementation. It is the purpose of this Act to provide for such revival.

Section 3. Repeal and Revival. Section 3 of Public Law No. 19-42, insofar as it repealed 6 CMC § 2222(e), 6 CMC § 102(a), and 6 CMC § 102(m), is hereby repealed, and the aforesaid sections are hereby revived, and the penalties prescribed in 6 CMC § 10309(c) shall be applicable to violations thereof; provided, however, that such sections shall become effective only upon the judgment of the District Court for the Northern Mariana Islands in *Radich v. Guerrero*, D.N.M.I. Civ. No. 14-20, being vacated, reversed, stayed, overruled, superseded, or in any other way rendered without immediate binding force.