OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  robby_glass@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands<br><br>　　　　　Defendant. | Civil Action No. 1-24-CV-00012<br><br>**NOTICE OF APPEARANCE;<br>CERTIFICATE OF SERVICE** |

　　　Please take notice that Chief Solicitor, J. Robert Glass, Jr. hereby enters his appearance on behalf of the Defendant Anthony Macaranas in his Official Capacity as Commissioner of the Department of Public Safety. Please send all notices and correspondence to undersigned counsel.

Respectfully Submitted,

September 24, 2024

　　　　　　　　　　　　　　　　　　　　　　CNMI OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　　EDWARD MANIBUSAN, ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　　　By: /s/  *J. Robert Glass, Jr.*
　　　　　　　　　　　　　　　　　　　　　　J. Robert Glass, Jr., Bar No. F0523
　　　　　　　　　　　　　　　　　　　　　　Chief Solicitor

　　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　　　Commonwealth of the Northern Mariana Islands
　　　　　　　　　　　　　　　　　　　　　　Attorneys for the Commonwealth

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed on September 24, 2024 with service requested to all parties of record.

/s/ *J. Robert Glass, Jr.*
J. Robert Glass, Jr., Bar No. F0523
Chief Solicitor

Office of the Attorney General
Commonwealth of the Northern Mariana Islands