Paul Murphy MA.IS.
8232 SVRB
Saipan, MP, 96950
(670) 484-6136
paul.murphy.officialmail@gmail.com
Paul Murphy, PRO SE

FILED
Clerk
District Court

SEP 25 2024

for the Northern Mariana Islands
By _____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

Paul Murphy,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　vs.　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
ANTHONY IGLECIAS MACARANAS, in his　　　)
official capacity as Commissioner of the )　Case No.: 1:24-cv-00012
Department of Public Safety of the　　　 )
COMMONWEALTH OF THE NORTHERN　　　　　　 )
MARIANA ISLANDS (CNMI),　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
_____

DATED: September 25, 2024

_____
Paul Murphy
Pro Se

- 1 -
**MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT AND COMPLAINT**

## PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, Paul Murphy, and files this, his Motion to Withdraw his Motion for Summary Judgment and his Complaint for Declaratory and Injunctive Relief, requests this Court to withdraw his motion for summary judgement and his complaint for declaratory and injunctive relief.

Dated: September 25, 2024         Respectfully submitted by:    *[signature]*

Paul Murphy, PRO SE