FILED
Clerk
District Court
SEP 27 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>　　　　Plaintiff,<br>　v.<br><br>ANTHONY IGLECIAS MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands,<br><br>　　　　Defendant. | Civil Action No. 1-24-CV-00012<br><br>**VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** |

Before the Court is the Plaintiff and Defendant's Stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A) and request to vacate the hearings scheduled for October 31, 2024. (ECF No. 7.) Because all the parties in this action have stipulated to a voluntary dismissal under FRCP 41(a)(1)(A), this case is DISMISSED without prejudice. *See* FRCP 41(a)(1)(B). Accordingly, the motions hearing scheduled for October 31, 2024 is vacated.

The clerk is hereby directed to close the case.

IT IS SO ORDERED this 27th day of September, 2024.

_____
RAMONA V. MANGLONA
Chief Judge

1